**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS VIDAL,

                Plaintiff,                              23 **CIVIL** 5862 (OTW)

        -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 5, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      March 5, 2024

                                                                   **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                                         **BY:**

                                                                       **Deputy Clerk**